UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YONY SOSA, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY
SITUATED,

                Plaintiff,

                v.

W.B. MASON CO., INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:20-cv-4828-JMF

ECF CASE

**Stipulation of Dismissal**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, YONY SOSA, and Defendant, W.B. MASON CO., INC., in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       October 13, 2020

**GOTTLIEB & ASSOCIATES**

_/s/ Jeffrey Gottlieb_

Jeffrey M. Gottlieb, Esq., (JG-7905)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

Attorneys for Plaintiffs

**NIXON PEABODY LLP**

_/s/_

Matthew T. McLaughlin (MM-7462)
Exchange Place, 53 State Street
Boston, MA 02109
Phone: 617-345-6154
Fax: 866-440-6480
Mmclaughlin@nixonpeabody.com

Attorney for Defendant

SO ORDERED.

October 14, 2020